1

2

3

4

5

6

7 **IN THE UNITED STATES DISTRICT COURT**

8 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 JAMES L. JEFFERSON                    No. CIV S-10-0340-MCE CMK-P

11           Plaintiff,

12      vs.                                    ORDER

13 J.R. WEAVER, et al.,

14           Defendants.

15 _____/

16           Plaintiff, a state prisoner proceeding pro se, brought this civil rights action

17 pursuant to 42 U.S.C. § 1983.  The court has granted the defendants' motion for summary

18 judgment, judgment has been entered, and this case was closed on August 13, 2012.

19           Plaintiff has now filed a motion for injunctive relief (Doc. 53), which was

20 received after judgment was entered and this action was closed.  As this is no longer an active

21 case, the court has no jurisdiction to entertain a motion for injunctive relief.  Plaintiff may file a

22 notice of appeal, or he may file a new action if he has been subjected to additional potential civil

23 rights violations.

24 / / /

25 / / /

26 / / /

1

1          However, plaintiff is advised that any additional documents filed in this case will

2  be disregarded and no order will issue in response to future filings.

3          SO ORDERED.

4

5   DATED:   August 23, 2012

6                                          _____

7                                          **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26